**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 19-76-DLB-MAS**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                      <u>**ORDER**</u>

**MYRON D. ODEN**                                                    **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Matthew A. Stinnett (Doc. # 50), filed August 15, 2022, wherein he recommends that Defendant Oden's Motion to Vacate (Doc. # 44) be denied and that no certificate of appealability be issued. On October 21, 2022, no objections having been filed, the Court entered an Order Adopting the Report & Recommendation with an separate Judgment. (Docs. # 51 and 52).

On January 6, 2023, Defendant Oden moved for an extension of time to file objections to the R&R (Doc. # 54), which the court construed as a Motion for Relief from Judgment under Federal Rule of Civil Procedure 60(b). (Doc. # 55). As grounds for his request, Defendant stated that he was being relocated to a new facility during the objections period and was therefore unable to timely object. (Doc. # 54). Three days later the Court vacated its Order Adopting the Report & Recommendation and granted Defendant thirty days to file his Objections. (Doc. # 55). Later that month, Defendant requested more time to file (Doc. # 56), and the Court again granted his request, giving him until March 1, 2023. (Doc. # 57).

The March 1, 2023 extended deadline for filing Objections has now long expired and Defendant Oden still has not filed any Objections to the R&R.  He has, however, filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A), and the Court has ordered the United States to respond.  (Docs. # 58 & 59).  However, despite being granted a lengthy extension to file objections, the R&R remains pending without objections.

The Court has reviewed the Report and Recommendation and concludes that it is sound in all respects and will once again be adopted as the opinion of the Court.

Accordingly, **IT IS ORDERED** as follows:

(1)     The Report and Recommendation of the United States Magistrate Judge (Doc. # 50) is **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     For the reasons set forth in the Magistrate Judge's R&R (Doc. # 50), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE**; and

(3)     A separate Judgment will be filed concurrently herewith.

This 18th day of April, 2023.



Signed By:

*David L. Bunning*

United States District Judge

J:\DATA\ORDERS\Covington Criminal\2019\19-76 Second Order Adopting RR.docx

2